No. 582. California Oregon Power Co. *v.* Federal Power Commission. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A. Louis Flynn* and *Helmer Hansen* for petitioner. *Solicitor General McGrath, Messrs. Howard E. Wahrenbrock, Louis W. McKernan* and *Reuben Goldberg* for respondent.

No. 613. Green *v.* Darden, Governor of Virginia. January 2, 1946. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied.

No. 619. Chicago Great Western Railway Co. *v.* Beecher. January 2, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Guy A. Gladson* and *Harry S. Stearns* for petitioner. *Mr. William H. DeParcq* for respondent.

No. 563. Valentine & Sons et al. *v.* Bowles, Price Administrator. January 2, 1946. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Carey Van Fleet* for petitioners. *Solicitor General McGrath* and *Mr. Richard H. Field* for respondent.

No. 576. Reeves et al. *v.* Bowles, Price Administrator. January 2, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Walter M. Bastian, A. K. Shipe, Ringgold Hart, John J. Wilson* and *Leo A. Rover* for petitioners. *Solicitor General McGrath* for respondent.